ORIGINAL

BY FAX

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br><br>Josh Jordan<br>1650 Indy Dr<br>North Charleston, SC 29405<br>ATTORNEY FOR  Self Represented | TELEPHONE NUMBER<br>(843) 409-4497 | FOR COURT USE ONLY<br><br>**FILED**<br><br>MAR 1 5 2023<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |
|---|---|---|
| EASTERN DISTRICT, SACRAMENTO<br>501 I St.<br>Sacramento, CA 95814 | | |
| SHORT TITLE OF CASE:<br>Jordan, Joshua v. Provins, Matthew | | |
| DATE:     TIME:     DEP./DIV. | | CASE NUMBER:<br>2:23-CV-00287-TLN-CKD |
| **Declaration of Service** | | Ref. No. or File No: |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a civil case; complaint; civil case cover sheet; Initial pretrial scheduling order; Magistrate judge consent in civil cases: Know your right!; Notice of availability voluntary dispute resolution; Stipulation to elect referral of action to voluntary dispute resolution program (VDRP) pursuant to local rule 271**

On: **MATTHEW PROVINS**

**Gender: Male Age: 28 Height: 5'6 Weight: 120 Race: CAUCASIAN Hair: BROWN  Other:**

I personally served the summons on the individual at:

**10371 Bruceville Rd, 130  Elk Grove, CA 95757**

On: **3/7/2023**          Time: **08:51 PM**

Person attempting service:
 a. Name: **Jason Marshall**
 b. Registration #: **98-61- Sacramento**
 c. Company Name and Registration #: **Direct Legal Support, Inc. - 2015260036**
 d. Address: **1541 Wilshire Blvd Suite 550, Los Angeles, CA 90017**
 e. Telephone number: **800-675-5376**
 f. The fee for this service was: **110.00**
 g. I am an independent contractor

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**DIRECT LEGAL SUPPORT**

Jason Marshall            Date: 03/13/2023

Declaration of Service                              Invoice #: 7238418