**Matthew Provins**
10371 Bruceville Road, 130
Elk Grove, CA 95757
(916) 667-1064
matt.provins42@gmail.com

22nd March 2023

**FILED**

MAR 24 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

**Hon. Troy L. Nunley, U.S.D.J.**
Robert T. Matsui Federal Courthouse
501 I Street, Room 4-200
Sacramento, CA 95814

RE: <u>Jordan v. Provins (2:23-cv-00384)</u> 0287-TLN-CKD

Dear Judge Nunley:

I am the Defendant in this defamation action. I write to ask your permission to file a motion to (i) file papers electronically as well as (ii) receive an extension of time in responding to the complaint.

1. <u>Good Cause To File Electronically</u>. I was born with a physical disability called Arthrogryposis Multiplex Congenita. It impairs my mobile abilities and creates difficulty for me when traveling to any location. Filing electronically would enable me to reduce my physical exertion.
2. <u>Good Cause To Extend The Time</u>. I have a deadline to provide a response to Plaintiff's complaint by 28th March 2023. Currently, I am facing difficulty finding representation in this case as I do not have the means to retain a lawyer without their Pro Bono support. My attempt to stipulate to an extension with opposing counsel was ignored.

I submit that there is good cause to seek the relief that I, the Defendant, request. If I cannot find legal representation, I'll file my response Pro Se before the end of April.

Respectfully Submitted,

Matthew Provins

(916) 667-1074