| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Paige Pembrook, SBN 305610<br>Hannah Stitt, SBN 309349<br>TECTONIC, LLP<br>3929 24th Street, #3<br>San Francisco, CA 94114<br>paige@tectoniclaw.com<br>628-203-8479<br><br>*Attorneys for Defendant,*<br>*Matthew Provins* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JORDAN,<br><br>        Plaintiff,<br><br>v.<br><br>MATTHEW PROVINS,<br><br>        Defendant. | No. 2:23 – cv- 00287 DJC CKD (PS)<br><br>**DECLARATION OF JORDAN APODACA IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE THE COMPLAINT UNDER CAL. CIV. PROC. CODE SECTION 425.16**<br><br>Hearing<br>Date: June 7, 2023<br>Time: 10:00 AM<br>Dept: Courtroom 24, 8th Floor<br>Judge: Carolyn N. Delaney<br><br>Complaint Filed: February 16, 2023 |

## DECLARATION OF JORDAN APODACA

I, Jordan Apodaca, declare as follows:

1. I make this declaration in support of Defendant Matthew Provins's Motion under California's anti-SLAPP statute, Cal. Civ. Proc. Code section 425.16, to strike the Complaint filed by Plaintiff Joshua Jordan ("Jordan"). I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2. In 2020, I signed up as a student with Jordan's company, PreHired, LLC ("PreHired"), to train to become a sales development representative.

3. In 2021, I contracted with PreHired to help enroll prospective students into PreHired.

4. During my time at PreHired, I learned about facts and circumstances that support the truth of Matthew Provins's statements in this matter, which I discussed with Matthew at the time.

5. I would provide substantive testimony in this matter, but a Settlement and Release Agreement with PreHired and Jordan prevents me from offering testimony, absent a waiver of the non-disclosure provisions of the Agreement, or a court order allowing me to speak.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/01/23     Signature: _____
                                Jordan Apodaca