```
1   Paige Pembrook, SBN 305610
    Hannah Stitt, SBN 309349
2   TECTONIC, LLP
    3929 24th Street, #3
3   San Francisco, CA 94114
4   paige@tectoniclaw.com
    628-203-8479
5
6   Attorneys for Defendant,
    Matthew Provins
7
```

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  | JOSHUA JORDAN,          | No. 2:23-cv-00287-DJC-CKD (PS) |
12  |       Plaintiff,        |                                |
13  |   v.                    | **PROOF OF SERVICE**           |
14  | MATTHEW PROVINS,        |                                |
15  |       Defendant.        | Complaint Filed: February 16, 2023 |
                              | Trial Date: Not Yet Set        |
16

17

18

19

20

21

22

23

24

25

26

27

28

                                    1

PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Francisco, State of California, and not a party to the above-entitled cause. On May 2, 2023, I served the document(s) identified below on the interested parties:

NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL

DEFENDANT MATTHEW PROVINS'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT UNDER FRCP RULE 12(b)(6)
MEMORANDUM I/S/O MOTION

DEFENDANT MATTHEW PROVINS'S NOTICE OF MOTION AND MOTION FOR A MORE DEFINITE STATEMENT UNDER FRCP RULE 12(e)
MEMORANDUM I/S/O MOTION

DEFENDANT MATTHEW PROVINS'S NOTICE OF MOTION AND MOTION TO STRIKE THE COMPLAINT UNDER CAL. CIV. PROC. CODE SECTION 425.16
MEMORANDUM I/S/O MOTION

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE THE COMPLAINT UNDER CAL. CIV. PROC. CODE SECTION 425.16

DECLARATION OF DEFENDANT MATTHEW PROVINS IN SUPPORT OF HIS MOTION TO STRIKE THE COMPLAINT UNDER CAL. CIV. PROC. CODE SECTION 425.16

DECLARATION OF PAIGE PEMBROOK IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE THE COMPLAINT UNDER CAL. CIV. PROC. CODE SECTION 425.16

DECLARATION OF JORDAN APODACA IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE THE COMPLAINT UNDER CAL. CIV. PROC. CODE SECTION 425.16

PROOF OF SERVICE

I served the above documents by email or other electronic means consented to in writing, in the manner as provided in Federal Rule of Civil Procedure Rule 5(b), to the following party:

    Joshua Jordan (Pro Se)
    1650 Indy Drive
    North Charleston, SC 29405
    Joshlegalstuff@gmail.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 2, 2023.

                        /Paige Pembrook/
                        Paige Pembrook