UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JORDAN, <br> Plaintiff, <br> v. <br> MATTHEW PROVINS, <br> Defendant. | No.  2:23-cv-00287-DJC-CKD (PS) <br><br> ORDER |

On May 15, 2023, plaintiff, appearing pro se, filed a motion to file an amended complaint and a motion for electronic filing authorization. (ECF Nos. 18, 20.) On May 25, 2023, the court granted plaintiff's motion to file an amended complaint and ordered that plaintiff file an amended complaint within 28 days, i.e., by June 22, 2023. (ECF No. 23.) The court denied plaintiff's request to participate in electronic case filing. (Id.)

On June 20, 2023, plaintiff filed a motion for extension of time to file an amended complaint and renewed his request to participate in electronic case filing. (ECF No. 27.) Plaintiff states he has discovered new material facts which he seeks to incorporate into his amended complaint, and therefore needs additional time. (Id. at 2.) Plaintiff seeks to participate in electronic case filing because his inability to submit filings electronically causes delay; plaintiff argues he suffers prejudice as a result. (Id. at 3.)

1

The court GRANTS plaintiff's motion for extension of time to file an amended complaint. Plaintiff shall file an amended complaint with this court within 60 days of this order.

Plaintiff has not established good cause for participating in electronic case filing. If plaintiff needs additional time to respond to filings due to his lack of access to electronic filing, he is free to request such accommodations, as necessary. Accordingly, plaintiff's request to participate in electronic case filing is DENIED.

## ORDER

It is HEREBY ORDERED that:

1. Plaintiff's motion for extension of time to file an amended complaint (ECF No. 27) is GRANTED. Plaintiff shall file an amended complaint within 60 days of this order.
2. Plaintiff's motion to participate in electronic case filing (ECF No. 27) is DENIED.

Dated: June 23, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21, jord.287