UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JORDAN,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTHEW PROVINS,<br><br>        Defendant. | No.  2:23-cv-00287-DJC-CKD (PS)<br><br>ORDER |

      On June 23, 2023, the court granted plaintiff's motion for extension of time to file an amended complaint and denied plaintiff's request to participate in electronic case filing. (ECF No. 28.)  On its own motion, the court hereby sua sponte reconsiders and VACATES its decision denying plaintiff's request to participate in electronic filing, in part.  This order does not vacate or modify the part of the court's decision granting plaintiff's request for extension of time to file an amended complaint.

      The court hereby orders that plaintiff's motion to participate in electronic case filing is DENIED in part and GRANTED in part.  The motion to participate in electronic filing is DENIED with respect to plaintiff's request to participate in the CM/ECF system to file plaintiff's documents. Plaintiff shall continue to file paper documents with the court through conventional means.  If plaintiff needs additional time to respond to filings due to his lack of access to

electronic filing, he is free to request such accommodations, as necessary. Plaintiff's motion to participate in electronic filing is GRANTED with respect to the electronic service of documents. The clerk is directed to configure plaintiff's account so that plaintiff will receive immediate email notifications when documents are filed in plaintiff's case. Plaintiff consents to receive service of documents electronically and waives the right to receive service by first class mail pursuant to FRCP 5(b)(2)(D).

**ORDER**[1]

On the court's own motion, it is HEREBY ORDERED that:

1. The court's June 23, 2023, order DENYING plaintiff's request to participate in electronic filing is VACATED in part.

2. Plaintiff's motion to participate in electronic case filing (ECF No. 27) is DENIED IN PART AND GRANTED IN PART.

    a. The motion to participate in electronic case filing is DENIED with respect to plaintiff's request to participate in the CM/ECF system to file plaintiff's documents. Plaintiff shall continue to file paper documents with the court through conventional means.

    b. The motion to participate in electronic case filing is GRANTED with respect to electronic service of documents. The clerk is directed to configure plaintiff's account so that plaintiff will receive immediate email notifications when documents are filed in the case.

Dated: June 29, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21, jord.287

---

[1] This order does not vacate or modify the portion of the Court's June 23, 2023, order granting plaintiff's request for extension of time to file an amended complaint.

2