UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA JORDAN

        Plaintiff,

   v.

MATTHEW PROVINS,

        Defendant.

No.  2:23-cv-00287-DJC-CKD (PS)

ORDER

On August 21, 2023, plaintiff filed a motion for extension of time to file an amended complaint, seeking an extension of ninety days.  (ECF No. 31.)  Plaintiff makes this request for three reasons.  First, he states because he is proceeding pro se he requires additional time given the complexities of the legal process.  (Id. at 1.)  Second, plaintiff is currently involved in litigation in another jurisdiction and the outcome of that litigation will influence what goes into his amended complaint.  (Id. at 2.)  Third, plaintiff is "still weighing the potential terms for dismissal of this case and the pending discovery of the related case."  (Id.)

The court has previously granted plaintiff one sixty-day extension of time to file an amended complaint upon his assertion that he had "recently uncovered new facts" that were relevant to the case.  (ECF No. 29.)  Plaintiff asserts he has since made progress on the amended complaint.  (ECF No. 31 at 2.)  In light of plaintiff's pro se status, and because plaintiff indicates

1

1   he has worked diligently and needs to "finalize the complaint," the court grants plaintiff an

2   additional thirty days to amend his complaint.  (Id. at 1.)

3        However, insofar as plaintiff's request for extension of time is based on his wish to see

4   through other pending litigation, plaintiff's request is denied.  Plaintiff has not informed the court

5   what the related litigation concerns or how the result of that litigation will inform the instant case.

6   The mere fact that plaintiff has other pending cases that may inform the instant case does not

7   constitute good cause.  (Id. at 2.)  Nor is plaintiff's claim that he is still "weighing the potential

8   terms for dismissal of this case and pending discovery" good cause for an extension of time to file

9   an amended complaint.  (Id.)

10       Accordingly, plaintiff shall file an amended complaint with this court within thirty days of

11  this order.  No further extensions of time will be granted absent good cause for extraordinary

12  circumstances.

13       IT IS SO ORDERED.

14  Dated:  August 28, 2023

15

16  CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

17

18

19  21, jord.287

20

21

22

23

24

25

26

27

28

2