Joshua Jordan, admitted Pro Se
6650 Rivers Ave, STE 100
Charleston, SC, 29406
Tel: 843.790.3989
joshlegalstuff@gmail.com

**FILED**

SEP 28 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JORDAN, <br><br> Plaintiff/Petitioner <br><br> V. <br><br> MATTHEW PROVINS, <br><br> Defendant/Respondent | Case No.: 2:23-cv-00287-DJC-CKD <br><br> PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

TO THE HONORABLE COURT, AND TO THE DEFENDANT MATTHEW PROVINS:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Joshua Jordan voluntarily dismisses the above-entitled action without prejudice.

Dated this September 23, 2023.

By: /s/ Joshua Jordan
Joshua Jordan, Pro Se
6650 Rivers Ave. STE 100
Charleston, SC, 29406
843.790.3989
joshlegalstuff@gmail.com

CERTIFICATE OF SERVICE

I, Joshua Jordan, certify that I served a copy of this Notice of Voluntary Dismissal via email to Defendant's Attorneys of record, Hannah Stitt at hannah@tectoniclaw.com, on September 23, 2023.

Dated this September 23, 2023.

By: /s/ Joshua Jordan
Joshua Jordan, Pro Se
6650 Rivers Ave. STE 100
Charleston, SC, 29406
843.790.3989
joshlegalstuff@gmail.com